**IT IS ORDERED as set forth below:**

**Date: November 16, 2007**

_____
**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **PIKE NURSERY HOLDING LLC,** | ) | **Case No. 07-79129-mgd** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### ORDER GRANTING DEBTOR'S MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363 AUTHORIZING DEBTOR TO HONOR CERTAIN PRE-PETITION CUSTOMER OBLIGATIONS

This matter is before the Court on the motion of Pike Nursery Holding LLC (the "Debtor") for authority to honor certain pre-petition customer obligations (the "Motion").

The Court has considered the Motion, the Declaration of Scott Schnell in Support of First Day Applications and Motions, and the matters reflected in the record of the hearing held on the Motion. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, counsel for the Debtor's pre-petition senior secured lenders, counsel to the Debtor's proposed debtor-in-possession lenders, and the Debtor's twenty (20) largest unsecured creditors; that no

further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Debtor is authorized, but not required, in its business judgment, to honor, modify, or discontinue, as the case may be, any customer program without further application to (or the approval of) the Court.

3. Debtor is authorized, but not required, to honor or compromise the pre-petition obligations under its customer programs in the ordinary course of business.

4. To the extent the ten (10) day stay of Bankruptcy Rule 6004(g) may be construed to apply to the subject matter of this Order, such stay is hereby waived.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. Counsel for the Debtor is directed to serve a copy of this Order on all parties on the Master Service List within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

**[END OF DOCUMENT]**

*[Signatures of counsel on following page]*

Prepared and presented by:

SCROGGINS & WILLIAMSON

  /s/ Ashley R. Ray
J. Robert Williamson
Georgia Bar No. 765214
Ashley Reynolds Ray
Georgia Bar No. 601559
1500 Candler Building
127 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone: (404) 893-3880
Telecopier: (404) 893-3886
E-mail: rwilliamson@swlawfirm.com
          aray@swlawfirm.com
Counsel for the Debtor

## Distribution List

J. Robert Williamson
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street, S. W.
Atlanta, Georgia 30303