UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 07-79129 |
| | : | |
| PIKE NURSERY HOLDING, LLC | : | Chapter 7 from Chapter 11 |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On September 19, 2018, Trustee herein filed a Notice of Payment into Court for deposit into the Registry of the Court on behalf of creditor: South Gwinnett Sand & Gravel, LLC (the "Unclaimed Funds").

On October 9, 2018, South Gwinnett Sand & Gravel, LLC filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds held in the registry of this Court; accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District, shall issue a check in the amount of $2,226.09 payable to Robert Jackson Wilson, PC, Attorney for Petitioner, and shall send said check to Attorney for Petitioner at the following address: Robert Jackson Wilson, PC, 10 Lumpkin Street, Lawrenceville, GA 30046.

IT IS SO ORDERED this 15 day of October, 2018.

*[signature]*

~~HON. BARBARA ELLIS MONRO, JUDGE~~ PAUL W.
UNITED STATES BANKRUPTCY COURT,   BONAPFEL
NORTHERN DISTRICT OF GEORGIA

Prepared by:

Robert Jackson Wilson
Georgia Bar No. 768990
ROBERT JACKSON WILSON, PC
10 Lumpkin Street
Lawrenceville, Georgia 30046
(770) 962-9780 – Telephone
*jwilson@rjwpclaw.com*
Counsel for South Gwinnett Sand & Gravel, LLC

**END OF ORDER**

Distribution List:

U. S. Attorney's Office
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

James R. Williamson, Jr.
Scroggins & Williamson, PC
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

Gary W. Marsh
Dentons US, LLP
Suite 5300, One Peachtree Center
303 Peachtree Street
Atlanta, GA 30308

Marcus A. Watson, Trustee
P.O. Box 421935
Atlanta, GA 30342

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street
Suite 800
Atlanta, GA 30309-4516

2