UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 07-79129-BEM |
| | : | |
| PIKE NURSERY HOLDINGS LLC, | : | CHAPTER 7 |
| | : | |
| _____Debtor._____ | : | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On September 19, 2018, the Trustee herein filed a Trustee's Notice of Payment into Court and issued a check in the amount of $7,638.31 (the "Unclaimed Funds") to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court on behalf of creditor SD Walker Nursery Farm ("Claimant").

On November 20, 2018, Claimant filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

01330096-1

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $7,638.31 payable to SD Walker Nursery Farm and shall send said check to Claimant, c/o John Rezac, Taylor English Duma LLP, 1600 Parkwood Cir., Suite 200, Atlanta, GA 30339.

SO ORDERED, this __3__ day of __January__, 2019.

_____
BARBARA ELLIS-MONRO
JUDGE, UNITED STATES BANKRUPTCY COURT
Paul W. Bonapfel

01330096-1

Prepared By:

TAYLOR ENGLISH DUMA, LLP


By:  */s/ John K. Rezac*
      John K. Rezac
      Georgia Bar No. 601935
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339

Main: 770.434.6868
Fax: 770.434.7376
jrezac@taylorenglish.com

01330096-1

## Distribution List

John Rezac
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

Marcus Watson, Trustee
1969 River Forest Dr.
Marietta, GA 30068

01330096-1