# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: 07-79129-bem |
| Pike Nursery Holding LLC | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR(s) | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On September 19, 2018, Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $3,592.55 on behalf of creditor, Patterson Nursery Sales, INC (the "Unclaimed Funds").

On October 26, 2018, Patterson Nursery Sales, INC ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them.  The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds.  Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $3,592.55 payable to Patterson Nursery Sales, INC and shall send said check to payee at the following address:

PO Box 99
Boring, OR 97009

IT IS SO ORDERED, this the 3RD day of January, 2019.

Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE
Paul W Bonapfel