UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )  CASE NUMBER: 07-79129 bem
Pike Nursery Holding LLC )
)
) CHAPTER 7
)
DEBTOR(s) )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On September 19, 2018, Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $1,903.12 on behalf of creditor, Goldleaf Farms I, LLC (the "Unclaimed Funds").

On October 15, 2018, Goldleaf Farms I, LLC ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $1,903.12 payable to Goldleaf Farms I, LLC and shall send said check to payee at the following address:

1845 Lower Creighton Rd
Ball Ground, GA 30107

IT IS SO ORDERED, this the 3rd day of January, 2019.

Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE

Paul W. Bonapfel