UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 07-79129-BEM |
| | : | |
| PIKE NURSERY HOLDINGS LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On September 19, 2018, the Trustee herein filed a Trustee's Notice of Payment into Court and issued a check in the amount of $215.04 (the "Unclaimed Funds") to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court on behalf of creditor J&R Nursery LLC ("Claimant").

On November 20, 2018, Claimant filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

01330089-1

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $215.04 payable to J&R Nursery LLC and shall send said check to Claimant, c/o John Rezac, Taylor English Duma LLP, 1600 Parkwood Cir., Suite 200, Atlanta, GA 30339.

SO ORDERED, this 3 day of January, 2019.

_____
~~BARBARA ELLIS-MONRO~~
JUDGE, UNITED STATES BANKRUPTCY COURT
Paul W Bonapfel

01330089-1

Prepared By:

TAYLOR ENGLISH DUMA, LLP


By:  */s/ John K. Rezac*
       John K. Rezac
       Georgia Bar No. 601935
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339

Main: 770.434.6868
Fax: 770.434.7376
jrezac@taylorenglish.com

01330089-1

## Distribution List

John Rezac
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

Marcus Watson, Trustee
1969 River Forest Dr.
Marietta, GA 30068

01330089-1