UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 07-79129-BEM |
| | : | |
| PIKE NURSERY HOLDINGS LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On September 19, 2018, the Trustee herein filed a Trustee's Notice of Payment into Court and issued a check in the amount of $7,638.31 (the "Unclaimed Funds") to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court on behalf of creditor SD Walker Nursery Farm ("Claimant").

On November 20, 2018, Claimant filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

01330096-1

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $7,638.31 payable to SD Walker Nursery Farm and shall send said check to Claimant, c/o John Rezac, Taylor English Duma LLP, 1600 Parkwood Cir., Suite 200, Atlanta, GA 30339.

SO ORDERED, this 3 day of January, 2019.

BARBARA ELLIS-MONRO
JUDGE, UNITED STATES BANKRUPTCY COURT
Paul W. Bonaptel

01330096-1

Prepared By:

TAYLOR ENGLISH DUMA, LLP

By: /s/ *John K. Rezac*
     John K. Rezac
     Georgia Bar No. 601935
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

Main: 770.434.6868
Fax: 770.434.7376
jrezac@taylorenglish.com

01330096-1

**Distribution List**

John Rezac
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

Marcus Watson, Trustee
1969 River Forest Dr.
Marietta, GA 30068

01330096-1

United States Bankruptcy Court
Northern District of Georgia

In re:  
Pike Nursery Holding LLC  
    Debtor

Case No. 07-79129-pwb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: avilesj     Page 1 of 3     Date Rcvd: Jan 03, 2019  
                Form ID: pdf439     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.
```
db             +Pike Nursery Holding LLC,    4020 Steve Reynolds Blvd.,   Norcross, GA 30093-3067
aty             Amanda Leigh Brooks,    Schreeder, Wheeler & Flint, LLP,    Suite 800,    1100 Peachtree St. NE,
                  Atlanta, GA 30309-4516
aty            +Anne E. Forkner,    Schreeder, Wheeler & Flint, LLP,    Suite 800,    1100 Peachtree Street, NE,
                  Atlanta, GA 30309-4516
aty            +Paul E. Vranicar,    Schreeder, Wheeler & Flint, LLP,    Suite 800,    1100 Peachtree St., NE,
                  Atlanta, GA 30309-4516
aty             Robert M.D. Mercer,    Bryan Cave Powell Goldstein LLP,    One Atlantic Center - 14th Floor,
                  1201 West Peachtree Street, NW,    Atlanta, GA  30309-3488
               +John Rezac,    TAYLOR ENGLISH DUMA, LLP,    1600 Parkwood Circle, Suite 400,
                  Atlanta, GA 30339-2119
               +Marcus Watson, Trustee,    1969 River Forest Dr.,    Marietta, GA 30068-1520
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:
```
              Bruce Z. Walker    on behalf of Creditor    Flowerwood Nursery, Inc. bwalker@cpmtlaw.com,
               ddouglas@cpmtlaw.com;jpenston@cpmtlaw.com
              Bruce Z. Walker    on behalf of Creditor     I.M. Flowers, Inc. bwalker@cpmtlaw.com,
               ddouglas@cpmtlaw.com;jpenston@cpmtlaw.com
              Bruce Z. Walker    on behalf of Defendant    QMT Associates, Inc. bwalker@cpmtlaw.com,
               ddouglas@cpmtlaw.com;jpenston@cpmtlaw.com
              Cameron M. McCord    on behalf of Defendant    All American Xpress, Inc. cmccord@joneswalden.com,
               jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden
               .com;lbrown@joneswalden.com;lpineyro@joneswalden.com
              Christopher S. Strickland    on behalf of Defendant    Coweta Greenhouses, Inc.
               cstrickland@stricklandlawgroup.com
              Dale R.F. Goodman    on behalf of Defendant    American Express Company
               dale@goodmanandgoodmanpc.com,    GA15@ECFCBIS.com
              Dale R.F. Goodman    on behalf of Defendant    American Express Travel Related Services Company,
               Inc. dale@goodmanandgoodmanpc.com,    GA15@ECFCBIS.com
              David M. Messer    on behalf of Defendant    Carmel Springs, LLC dmesser@briskinlaw.com,
               spettefer@briskinlaw.com
              David W. Cranshaw    on behalf of Creditor    SunTrust Leasing Corporation dhp@mmmlaw.com
              Eric T. Ray    on behalf of Defendant    GROSouth, Inc. eray@balch.com,    bfreeman@balch.com
              Eric T. Ray    on behalf of Creditor    Alabama Power Company eray@balch.com,    bfreeman@balch.com
              Gary W. Marsh    on behalf of Interested Party    Pike Nurseries Acquisition LLC
               Gary.Marsh@dentons.com,    pam.matthews@dentons.com
              Gilbert B. Weisman    on behalf of Creditor    American Express Travel Related Svcs Co Inc Corp
               Card notices@becket-lee.com
              Gilbert B. Weisman    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              Gregory R. Crochet    on behalf of Creditor    Spirit Finance Corporation greg.crochet@kutakrock.com
              Herbert C. Broadfoot, II    on behalf of Defendant    I.M. Flowers, Inc. bert@hcbroadfootlaw.com
              J. Carole Thompson Hord    on behalf of Plaintiff Marcus A. Watson chord@swfllp.com
              J. Carole Thompson Hord    on behalf of Plaintiff Marcus A. Watson, as Chapter 7 Trustee
               chord@swfllp.com
              J. Carole Thompson Hord    on behalf of Plaintiff Marcus A. Watson, Sr. chord@swfllp.com
```

```
District/off: 113E-9            User: avilesj              Page 2 of 3           Date Rcvd: Jan 03, 2019
                                Form ID: pdf439            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              J. Carole Thompson Hord    on behalf of Accountant    Finley Colmer and Company chord@swfllp.com
              J. Carole Thompson Hord    on behalf of Accountant    Bennett Thrasher, PC chord@swfllp.com
              J. Carole Thompson Hord    on behalf of Trustee Marcus A. Watson chord@swfllp.com
              J. Carole Thompson Hord    on behalf of Creditor    Plant Improvement Company, Inc. chord@swfllp.com
              J. Robert Williamson    on behalf of Debtor    Pike Nursery Holding LLC rwilliamson@swlawfirm.com,
               centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazz
               ani@swlawfirm.com;mlevin@swlawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor c/o James Joedecke, Jr. Baskin Nursery, Inc.
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Defendant    Warren Management Group, Inc.
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor    Weeks Realty L.P. jjoedecke@atclawfirm.com,
               tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Defendant    Bold Spring Nursery, Inc.
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Defendant    Bold Spring Nursery Pulaski, LLC
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor c/o James Joedecke, Jr. Bold Spring Nursery
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor Duke-Weeks Realty c/o James C. Joedecke, Jr Town
               Pavilion, LLC and jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              Jody Charles Campbell    on behalf of Creditor    South Gwinnett Sand & Gravel, LLC
               JCA-ECF-Notifications@rubinlublin.com;bjockers@rubinlublin.com
              John A. Christy    on behalf of Trustee Marcus A. Watson jchristy@swfllp.com, amcrae@swfllp.com
              John A. Christy    on behalf of Plaintiff Marcus A. Watson, Sr. jchristy@swfllp.com,
               amcrae@swfllp.com
              John A. Christy    on behalf of Plaintiff Marcus A. Watson jchristy@swfllp.com, amcrae@swfllp.com
              John C. Pennington    on behalf of Defendant    Avery Trucking Co., Inc. jcppc@windstream.net,
               johnpennnington@gmail.com
              John C. Pennington    on behalf of Creditor    DLH Holdings, Inc. jcppc@windstream.net,
               johnpennnington@gmail.com
              John K. Rezac    on behalf of Creditor    S.D. Walker Nursery Farm jrezac@taylorenglish.com,
               twesley@taylorenglish.com
              John K. Rezac    on behalf of Creditor    J&R Nursery LLC jrezac@taylorenglish.com,
               twesley@taylorenglish.com
              John K. Rezac    on behalf of Creditor    Dawson Creek Nursery jrezac@taylorenglish.com,
               twesley@taylorenglish.com
              Leon S. Jones    on behalf of Defendant    All American Xpress, Inc. ljones@joneswalden.com,
               jwdistribution@joneswalden.com;cparker@joneswalden.com;mvining@joneswalden.com;cmccord@joneswalde
               n.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com
              Marcus A. Watson    marc@finleycolmer.net
              Mark A. Gilbert    on behalf of Creditor    Patten Seed Company mark.gilbert@colemantalley.com,
               barbara.good@colemantalley.com
              Mark A. Gilbert    on behalf of Defendant    Patten Seed Company mark.gilbert@colemantalley.com,
               barbara.good@colemantalley.com
              Mark S. Watson    on behalf of Defendant    Phillip Jennings Turf Farms, LLC mark@mswatsonlegal.com,
               amy@mswatsonlegal.com
              Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Melissa J. Perignat    on behalf of Creditor    Gas South, LLC mperignat@hnzw.com, tgrant@hnzw.com
              Michael F. Holbein    on behalf of Creditor    MCW-RC GA-Roswell Crossing, LLC
               michael.holbein@agg.com, angela.ford@agg.com;carol.stewart@agg.com
              Michelle L. Chaudhuri    on behalf of Creditor John B. Little, Jr. michelle@talleyrelaw.com
              Paul M. Alexander    on behalf of Creditor    Bank of America, N.A. Paul.Alexander@millermartin.com,
               Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com
              Paul M. Rosenblatt    on behalf of Creditor    Carter Lindbergh Retail, LLC
               prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
              Robert Jackson Wilson    on behalf of Creditor    South Gwinnett Sand & Gravel, LLC
               jwilson@rjwpclaw.com, katcher@rjwpclaw.com
              Scott B. Riddle    on behalf of Defendant    Oglevee, Ltd. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Scott B. Riddle    on behalf of Creditor    Aldik, Inc. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Scott B. Riddle    on behalf of Creditor    Border Concepts, Inc. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Scott B. Riddle    on behalf of Defendant    Border Concepts, Inc. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Steven D. Henry    on behalf of Defendant    Helena Chemical Company steven.henry@smithmoorelaw.com,
               karen.venable@smithmoorelaw.com
              Thomas E. Raines    on behalf of Defendant    Bennett Thrasher PC traines@traineslaw.com
              Thomas H. Rogers, Jr.    on behalf of Defendant    Southeastern Growers, Inc. trogers@bbga.com,
               ssmith@bbga.com
              Thomas R. Walker    on behalf of Creditor    Corbin's Baled Pine Straw, Inc.
               thomas.walker@fisherbroyles.com
              W. Wright Banks, Jr.    on behalf of Creditor    Georgia Department of Revenue wbanks@law.ga.gov,
               02bfmail@law.ga.gov
              Ward Stone, Jr    on behalf of Creditor    Wenke Greenhouses, Inc. wstone@stoneandbaxter.com,
               dbury@stoneandbaxter.com;mcathey@stoneandbaxter.com;lford-faherty@stoneandbaxter.com;MBelflower@s
               toneandbaxter.com;lchapman@stoneandbaxter.com
```

```
District/off: 113E-9          User: avilesj              Page 3 of 3              Date Rcvd: Jan 03, 2019
                              Form ID: pdf439            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William A. DuPre, IV    on behalf of Creditor    Bank of America, N.A. Bill.DuPre@millermartin.com, Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com

        William A. DuPre, IV    on behalf of Creditor    BA Merchant Services LLC Bill.DuPre@millermartin.com,    Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com

        William A. Rountree    on behalf of Creditor    Monrovia Nursery Company csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com

        William A. Rountree    on behalf of Defendant    Wight Nurseries, Inc. csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com

        William A. Rountree    on behalf of Defendant    Monrovia Nursery Company csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com

        William A. Rountree    on behalf of Creditor    California First Leasing Corp. csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com

        William A. Rountree    on behalf of Defendant    Monrovia Growers Company csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com

        William G. Johnston, III    on behalf of Defendant    Chappell Mill Trees, LLC wjohnston@johnstonowen.net

        William L. Kidd    on behalf of Defendant    Block USA Georgia Division, LLC bkidd@curtiskidd.com, alin@curtiskidd.com

        William L. Kidd    on behalf of Creditor    Ready Mix USA, LLC bkidd@curtiskidd.com, alin@curtiskidd.com

        TOTAL: 72