UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )    CASE NUMBER: 07-79129-bem
   Pike Nursery Holding LLC      )
                                      )
                                      )    CHAPTER 7
                                      )
                  DEBTOR(s)    )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On September 19, 2018, Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $3,592.55 on behalf of creditor, Patterson Nursery Sales, INC (the "Unclaimed Funds").

On October 26, 2018, Patterson Nursery Sales, INC ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $3,592.55 payable to Patterson Nursery Sales, INC and shall send said check to payee at the following address:

PO Box 99
Boring, OR 97009

IT IS SO ORDERED, this the 3RD day of January, 2019.

Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE
Paul W Bonapfel

```
                          United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                              Case No. 07-79129-pwb
Pike Nursery Holding LLC                                            Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: avilesj               Page 1 of 3             Date Rcvd: Jan 03, 2019
                              Form ID: pdf439             Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
```
db             +Pike Nursery Holding LLC,    4020 Steve Reynolds Blvd.,    Norcross, GA 30093-3067
aty             Amanda Leigh Brooks,    Schreeder, Wheeler & Flint, LLP,    Suite 800,   1100 Peachtree St. NE,
                 Atlanta, GA 30309-4516
aty            +Anne E. Forkner,    Schreeder, Wheeler & Flint, LLP,    Suite 800,   1100 Peachtree Street, NE,
                 Atlanta, GA 30309-4516
aty            +Paul E. Vranicar,    Schreeder, Wheeler & Flint, LLP,    Suite 800,   1100 Peachtree St., NE,
                 Atlanta, GA 30309-4516
aty             Robert M.D. Mercer,    Bryan Cave Powell Goldstein LLP,    One Atlantic Center - 14th Floor,
                 1201 West Peachtree Street, NW,    Atlanta, GA 30309-3488
               +Patterson Nursery Sales, INC,    PO Box 99,   Boring, OR 97009-0099
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
```
          Bruce Z. Walker    on behalf of Creditor    Flowerwood Nursery, Inc. bwalker@cpmtlaw.com,
           ddouglas@cpmtlaw.com;jpenston@cpmtlaw.com
          Bruce Z. Walker    on behalf of Creditor    I.M. Flowers, Inc. bwalker@cpmtlaw.com,
           ddouglas@cpmtlaw.com;jpenston@cpmtlaw.com
          Bruce Z. Walker    on behalf of Defendant    QMT Associates, Inc. bwalker@cpmtlaw.com,
           ddouglas@cpmtlaw.com;jpenston@cpmtlaw.com
          Cameron M. McCord    on behalf of Defendant    All American Xpress, Inc. cmccord@joneswalden.com,
           jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden
           .com;lbrown@joneswalden.com;lpineyro@joneswalden.com
          Christopher S. Strickland    on behalf of Defendant    Coweta Greenhouses, Inc.
           cstrickland@stricklandlawgroup.com
          Dale R.F. Goodman    on behalf of Defendant    American Express Company
           dale@goodmanandgoodmanpc.com,    GA15@ECFCBIS.com
          Dale R.F. Goodman    on behalf of Defendant    American Express Travel Related Services Company,
           Inc. dale@goodmanandgoodmanpc.com,    GA15@ECFCBIS.com
          David M. Messer    on behalf of Defendant    Carmel Springs, LLC dmesser@briskinlaw.com,
           spettefer@briskinlaw.com
          David W. Cranshaw    on behalf of Creditor    SunTrust Leasing Corporation dhp@mmmlaw.com
          Eric T. Ray    on behalf of Defendant    GROSouth, Inc. eray@balch.com,    bfreeman@balch.com
          Eric T. Ray    on behalf of Creditor    Alabama Power Company eray@balch.com,    bfreeman@balch.com
          Gary W. Marsh    on behalf of Interested Party    Pike Nurseries Acquisition LLC
           Gary.Marsh@dentons.com,    pam.matthews@dentons.com
          Gilbert B. Weisman    on behalf of Creditor    American Express Travel Related Svcs Co Inc Corp
           Card notices@becket-lee.com
          Gilbert B. Weisman    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
          Gregory R. Crochet    on behalf of Creditor    Spirit Finance Corporation greg.crochet@kutakrock.com
          Herbert C. Broadfoot, II    on behalf of Defendant    I.M. Flowers, Inc. bert@hcbroadfootlaw.com
          J. Carole Thompson Hord    on behalf of Plaintiff Marcus A. Watson chord@swfllp.com
          J. Carole Thompson Hord    on behalf of Plaintiff Marcus A. Watson, as Chapter 7 Trustee
           chord@swfllp.com
          J. Carole Thompson Hord    on behalf of Plaintiff Marcus A. Watson, Sr. chord@swfllp.com
          J. Carole Thompson Hord    on behalf of Accountant    Finley Colmer and Company chord@swfllp.com
          J. Carole Thompson Hord    on behalf of Accountant    Bennett Thrasher, PC chord@swfllp.com
```

Case 07-79129-pwb    Doc 1714    Filed 01/05/19    Entered 01/06/19 01:23:38    Desc
Imaged Certificate of Notice    Page 3 of 4

```
District/off: 113E-9          User: avilesj               Page 2 of 3                   Date Rcvd: Jan 03, 2019
                              Form ID: pdf439             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              J. Carole Thompson Hord    on behalf of Trustee Marcus A. Watson chord@swfllp.com
              J. Carole Thompson Hord    on behalf of Creditor    Plant Improvement Company, Inc. chord@swfllp.com
              J. Robert Williamson    on behalf of Debtor    Pike Nursery Holding LLC rwilliamson@swlawfirm.com,
               centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazz
               ani@swlawfirm.com;mlevin@swlawfirm.com
              James C. Joedecke, Jr.    on behalf of Defendant    Warren Management Group, Inc.
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor    Weeks Realty L.P. jjoedecke@atclawfirm.com,
               tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Defendant    Bold Spring Nursery, Inc.
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Defendant    Bold Spring Nursery Pulaski, LLC
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor c/o James Joedecke, Jr. Bold Spring Nursery
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor Duke-Weeks Realty c/o James C. Joedecke, Jr Town
               Pavilion, LLC and jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              James C. Joedecke, Jr.    on behalf of Creditor c/o James Joedecke, Jr. Baskin Nursery, Inc.
               jjoedecke@atclawfirm.com, tgreen@atclawfirm.com
              Jody Charles Campbell    on behalf of Creditor    South Gwinnett Sand & Gravel, LLC
               JCA-ECF-Notifications@rubinlublin.com;bjockers@rubinlublin.com
              John A. Christy    on behalf of Trustee Marcus A. Watson jchristy@swfllp.com, amcrae@swfllp.com
              John A. Christy    on behalf of Plaintiff Marcus A. Watson, Sr. jchristy@swfllp.com,
               amcrae@swfllp.com
              John A. Christy    on behalf of Plaintiff Marcus A. Watson jchristy@swfllp.com, amcrae@swfllp.com
              John C. Pennington    on behalf of Defendant    Avery Trucking Co., Inc. jcppc@windstream.net,
               johnpennnington@gmail.com
              John C. Pennington    on behalf of Creditor    DLH Holdings, Inc. jcppc@windstream.net,
               johnpennnington@gmail.com
              John K. Rezac    on behalf of Creditor    S.D. Walker Nursery Farm jrezac@taylorenglish.com,
               twesley@taylorenglish.com
              John K. Rezac    on behalf of Creditor    J&R Nursery LLC jrezac@taylorenglish.com,
               twesley@taylorenglish.com
              John K. Rezac    on behalf of Creditor    Dawson Creek Nursery jrezac@taylorenglish.com,
               twesley@taylorenglish.com
              Leon S. Jones    on behalf of Defendant    All American Xpress, Inc. ljones@joneswalden.com,
               jwdistribution@joneswalden.com;cparker@joneswalden.com;mvining@joneswalden.com;cmccord@joneswalde
               n.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com
              Marcus A. Watson    marc@finleycolmer.net
              Mark A. Gilbert    on behalf of Creditor    Patten Seed Company mark.gilbert@colemantalley.com,
               barbara.good@colemantalley.com
              Mark A. Gilbert    on behalf of Defendant    Patten Seed Company mark.gilbert@colemantalley.com,
               barbara.good@colemantalley.com
              Mark S. Watson    on behalf of Defendant    Phillip Jennings Turf Farms, LLC mark@mswatsonlegal.com,
               amy@mswatsonlegal.com
              Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Melissa J. Perignat    on behalf of Creditor    Gas South, LLC mperignat@hnzw.com, tgrant@hnzw.com
              Michael F. Holbein    on behalf of Creditor    MCW-RC GA-Roswell Crossing, LLC
               michael.holbein@agg.com, angela.ford@agg.com;carol.stewart@agg.com
              Michelle L. Chaudhuri    on behalf of Creditor John B. Little, Jr. michelle@talleyrelaw.com
              Paul M. Alexander    on behalf of Creditor    Bank of America, N.A. Paul.Alexander@millermartin.com,
               Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com
              Paul M. Rosenblatt    on behalf of Creditor    Carter Lindbergh Retail, LLC
               prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
              Robert Jackson Wilson    on behalf of Creditor    South Gwinnett Sand & Gravel, LLC
               jwilson@rjwpclaw.com, katcher@rjwpclaw.com
              Scott B. Riddle    on behalf of Defendant    Oglevee, Ltd. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Scott B. Riddle    on behalf of Creditor    Aldik, Inc. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Scott B. Riddle    on behalf of Creditor    Border Concepts, Inc. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Scott B. Riddle    on behalf of Defendant    Border Concepts, Inc. scott@scottriddlelaw.com,
               admin@scottriddlelaw.com
              Steven D. Henry    on behalf of Defendant    Helena Chemical Company steven.henry@smithmoorelaw.com,
               karen.venable@smithmoorelaw.com
              Thomas E. Raines    on behalf of Defendant    Bennett Thrasher PC traines@traineslaw.com
              Thomas H. Rogers, Jr.    on behalf of Defendant    Southeastern Growers, Inc. trogers@bbga.com,
               ssmith@bbga.com
              Thomas R. Walker    on behalf of Creditor    Corbin's Baled Pine Straw, Inc.
               thomas.walker@fisherbroyles.com
              W. Wright Banks, Jr.    on behalf of Creditor    Georgia Department of Revenue wbanks@law.ga.gov,
               02bfmail@law.ga.gov
              Ward Stone, Jr    on behalf of Creditor    Wenke Greenhouses, Inc. wstone@stoneandbaxter.com,
               dbury@stoneandbaxter.com;mcathey@stoneandbaxter.com;lford-faherty@stoneandbaxter.com;MBelflower@s
               toneandbaxter.com;lchapman@stoneandbaxter.com
              William A. DuPre, IV    on behalf of Creditor    Bank of America, N.A. Bill.DuPre@millermartin.com,
               Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com

```
District/off: 113E-9          User: avilesj              Page 3 of 3              Date Rcvd: Jan 03, 2019
                              Form ID: pdf439            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William A. DuPre, IV    on behalf of Creditor    BA Merchant Services LLC
          Bill.DuPre@millermartin.com, Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com
          William A. Rountree    on behalf of Creditor    Monrovia Nursery Company
          csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com
          William A. Rountree    on behalf of Defendant    Wight Nurseries, Inc.
          csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com
          William A. Rountree    on behalf of Defendant    Monrovia Nursery Company
          csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com
          William A. Rountree    on behalf of Creditor    California First Leasing Corp.
          csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com
          William A. Rountree    on behalf of Defendant    Monrovia Growers Company
          csmith@maceywilensky.com;kfurlong@maceywilensky.com;receptionist@maceywilensky.com
          William G. Johnston, III    on behalf of Defendant    Chappell Mill Trees, LLC
          wjohnston@johnstonowen.net
          William L. Kidd    on behalf of Defendant    Block USA Georgia Division, LLC bkidd@curtiskidd.com, alin@curtiskidd.com
          William L. Kidd    on behalf of Creditor    Ready Mix USA, LLC bkidd@curtiskidd.com, alin@curtiskidd.com

                                                                                                            TOTAL: 72