UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              )        CASE NUMBER: 07-79129-PWB
Pike Nursery Holding LLC                            )        CHAPTER 7
                                                    )
             DEBTOR.                                )

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On September 19, 2018, Trustee filed a Notice to Deposit Unclaimed Funds into the Court [Doc. 1697] and issued funds to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $8,109.26 on behalf of Creditor Henry County Tax Commissioner (the "Unclaimed Funds").

On May 16, 2022, Henry County Tax Commissioner ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them [Doc. 1734]. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $8,109.26 payable to Creditor Henry County Tax Commissioner and shall send said check to payee at the following address:

> Henry County Tax Commissioner
> 140 Henry Parkway
> McDonough, GA 30253

IT IS SO ORDERED, this the ___19th___ day of _____July_____, 2022.

*[Signature: Paul W Bonapfel]*
Paul W. Bonapfel
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

Henry County Tax Commissioner
140 Henry Parkway
McDonough, GA    30253

United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303